UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
DOUGLAS R. SMITH,

                    Plaintiff,

    -against-

GREGORY F. RAYBURN et al.,

                    Defendants.
-------------------------------------------------------------X

NOT FOR PUBLICATION

**ORDER**
11-CV-3264 (CBA) (RER)

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.
★ DEC 21 2011 ★
BROOKLYN OFFICE

**AMON, Chief United States District Judge:**

The Court is in receipt of plaintiff Douglas Smith's letter motion to withdraw his complaint in this case. (See Docket entry #22.) The complaint is hereby deemed withdrawn, and the action is dismissed without prejudice. The Clerk of Court is directed to close this case.

SO ORDERED.

                                                  Carol Bagley Amon
                                                  Chief United States District Judge

Dated: Brooklyn, New York
        December 21, 2011

Copy mailed to:
Douglas R. Smith
1983 Springtown Hill Road
Hellertown, PA 18055

-1-